**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
JAY WINEGARD, on behalf of
himself and all others similarly
situated,

                        Plaintiff,

                                                                  Case No.: 1:21-cv-03750-EK-RML

    v.

SEEKING ALPHA INC.,

                        Defendant.
----------------------------------------------------------------X

## **NOTICE OF SETTLEMENT**

      Plaintiff, JAY WINEGARD, hereby notifies this Court that a settlement in principle has been reached in the instant action. The parties request that all deadlines be suspended for thirty (30) days while the parties finalize a settlement agreement.

DATED this 8th day of December 2021.

                                                       Respectfully Submitted,
                                                        By:   */s/ Mitchell Segal*
                                                        Mitchell Segal, Esq.
                                                        Law Offices of Mitchell S. Segal, P.C.
                                                        Attorney for Plaintiff
                                                        1129 Northern Boulevard, Suite 404
                                                        Manhasset, New York 11030
                                                         Ph: (516) 415-0100
                                                        Fx: (516) 706-6631
                                                        msegal@segallegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this 8th day of December 2021.

By: __/s/ Mitchell Segal__
Mitchell Segal, Esq.
(MS4878)

## SERVICE LIST:

**Daniella Adler, Esq.**
Littler Mendelson P.C.
900 Third Avenue, 8th Floor
New York, NY 10022
Ph.: 212-471-4470
Fax: 212-898-1201
Email: dadler@littler.com