UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————————X

JAY WINEGARD, on behalf of himself and all
others similarly situated,

                               Plaintiff,        Case No.: 1:21-cv-03750-EK-RML

        v.

                                            NOTICE OF VOLUNTARY
                                            DISMISSAL PURSUANT TO F.R.C.P.
SEEKING ALPHA INC.,                     § 41(a)(1)(A)(i)

                            Defendant.

———————————————————————X

Pursuant to F.R.C.P. § 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff JAY

WINEGARD, and his counsel, Law Offices of Mitchell S. Segal, P.C. hereby give notice that the

above captioned action is voluntarily dismissed, with prejudice against the Defendant,

SEEKING ALPHA INC., without costs to any party against any other and each party shall

be responsible for their own attorney fees.

Dated: Manhasset, New York
       February 20, 2022

                                      /s/  Mitchell Segal

                                  ———————————————

                                  Mitchell Segal, Esq.
                                  Law Offices of Mitchell Segal P.C.
                                  Attorney for Plaintiff
                                  1129 Northern Boulevard, Suite 404
                                  Manhasset, NY 11030
                                  (516) 415-0100